UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHONGQING QIULONG TECHNOLOGY CORPORATION LIMITED,<br>*Plaintiff*<br><br>v.<br><br>TANLI POWER TECHNOLOGY (CHONGQING) CO., LTD., TALARIA POWER TECH (HONG KONG) CO., LTD.,<br>*Defendants* | §§§§§§§§§§§§§§ No. 1:23-CV-00442-RP |

**ORDER**

Before the Court are Defendant Talaria Power Tech's Motion to Stay the Case, Dkt. 29; the parties' Joint Motion for Entry of Scheduling Order Deadlines, Dkt. 32; Plaintiff Chongqing Qiulong Technology's Motion to Compel Discovery Responses, Dkt. 42; Talaria Power Tech's Motion for Temporary Protective Order, Dkt. 44; and all related briefing.

The Court set Talaria Power Tech's Motion to Stay the Case, Dkt. 29, for a hearing on **April 30, 2024, at 10:00 am** via Zoom. Dkt. 50. On April 24, 2023, Talaria Power Tech notified the Court that in light of the U.S. Patent and Trademark Office's (the "USPTO") recent Notice of Intent to Issue an Ex Parte Reexamination Certificate, it requests permission to withdraw its Motion to Stay the Case, Dkt 29. Dkt. 54, at 1. The request is **GRANTED**.

1

However, rather than cancel the **April 30, 2024, 10:00 am** setting, the parties are **ORDERED** to appear for a status conference concerning the Joint Motion for Entry of Scheduling Order Deadlines, Dkt. 29, and Defendant's Motion for Temporary Protective Order, Dkt. 44. Specifically, the parties should be prepared to discuss the impact of the USPTO Notice of Intent to Issue an Ex Parte Reexamination Certificate on the pending motions before the Court. Court staff will contact with the parties with information needed for connecting to the conference.

**IT IS FURTHER ORDERED** that the parties shall meaningfully confer either in-person or via phone about the issues raised in the motions, and they shall then **jointly file an advisory by 3:00 pm on April 29, 2024**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issues. If the parties are able to resolve their disputes prior to the hearing, they should so inform the Court in their joint advisory, and the hearing will be canceled.

SIGNED April 25, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE