UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHONQING QIULONG TECHNOLOGY CORPORATION LIMITED,<br>*Plaintiff*<br><br>v.<br><br>TANLI POWER TECHNOLOGY (CHONGQING) CO., LTD., TALARIA POWER TECH (HONG KONG) CO., LTD.,<br>*Defendants* | No. 1:23-CV-00442-RP |

## ORDER

Before the Court are Plaintiff's motion to compel, Dkt. 42, and Defendants' motions for protective order, Dkts. 44, 58, 63. The District Judge referred the motions to the undersigned for resolution. The Court set the motions for hearing, Dkt. 71, and after considering the parties' filings, the applicable law, and counsel's arguments at that hearing, the Court announced its rulings, and the reasons for those rulings, on the record. This written order memorializes those rulings.

For the reasons stated on the record, the Court **GRANTS** Plaintiff's motion to compel, Dkt. 42, and **DENIES** Defendants' motions for protective order, Dkts. 44, 58, 63. The Court **ORDERS** Defendants to respond with any responsive, non-privileged documents and written responses no later than October 11, 2024. The Court **FURTHER ORDERS** Defendants to confer with Plaintiff regarding the progress of

1

its production no later than September 11, 2024, and to provide the Court with a joint status report that same date.

    SIGNED August 12, 2024.

                                            DUSTIN M. HOWELL
                                            UNITED STATES MAGISTRATE JUDGE