UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| CHONGQING QIULONG TECHNOLOGY CORPORATION LIMITED, DBA SURRON, | Civil Action No.: 1-23-cv-00442-RP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| TANLI POWER TECHNOLOGY (CHONGQING) CO., LTD AND TALARIA POWER TECH (HONGKONG) CO., LTD., | |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULE

AND NOW, this __29th__ day of __July__, 2025, upon consideration of the Parties' Joint Motion to Modify the Scheduling Order, supporting evidence, and all other appropriate considerations, it is hereby ORDERED and DECREED that:

The Court **GRANTS** the Parties' Joint Motion to Amend the Scheduling Order and **ORDERS** that the Scheduling Order, (Dkt. 81), is **MODIFIED** as follows:

| | Current Date | New Deadline Date |
|---|---|---|
| Close of Expert Discovery | August 5 | August 12 |
| Opening dispositive and *Daubert* Motions | August 19 | August 29 |
| Oppositions to dispositive and *Daubert* Motions | September 2 | September 12 |
| Replies to dispositive and *Daubert* Motions | September 9 | September 19 |
| Serve pretrial disclosures (jury instructions, exhibits lists, | September 2 | September 30 |

1

| | | |
|---|---|---|
| witness lists, deposition designations) | | |
| Serve objections to pretrial disclosures and rebuttal disclosures | September 16 | October 14 |
| Serve objections to rebuttal disclosures | September 23 | October 21 |
| Opening motions *in limine* | September 23 | October 28 |
| Oppositions to motions *in limine* | September 30 | November 4 |
| File Joint Pretrial Order and pretrial submissions | September 30 | November 11 |
| Replies to motions *in limine* | October 7 | November 11 |
| Meet and confer regarding remaining objections and motions *in limine* | October 14 | November 18 |
| Final pre-trial conference | To be set by the Court | |
| Jury Selection/Trial | January 12, 2026 at 9:30am | |

SIGNED this 29th day of July, 2025.

_____

JUDGE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE