IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHONGQING QIULONG TECHNOLOGY CORPORATION LIMITED *d/b/a Surron*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-442-RP |
| TANLI POWER TECHNOLOGY (CHONGQING) CO., LTD., et al., | § § § § | |
| Defendants. | § § | |

# ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Plaintiff Chongqing Qiulong Technology Corporation's ("Plaintiff") motions for partial summary judgment, (Dkts. 121, 124); Defendants Tanli Power Technology Company and Talaria Power Tech Company's ("Defendants") motion for summary judgment, (Dkt. 127); and Defendants' motion to exclude expert Lance Rake, (Dkt. 119). (R. & R., Dkt. 166). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his report and recommendation on November 13, 2025. (*Id.*). Defendants filed objections to the report and recommendation. (Objs., Dkt. 170).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendants objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and

recommendation, the Court overrules Defendants' objections and adopts the report and recommendation as its own order.

Accordingly, **IT IS ORDERED** that Defendants' motion for summary judgment, (Dkt. 127), is **GRANTED IN PART** and **DENIED IN PART**. In particular, the Court **GRANTS** Defendants' motion for summary judgment of no damages prior to March 1, 2023, and otherwise **DENIES** the motion.

**IT IS FURTHER ORDERED** that Plaintiff's motion for partial summary judgment on Defendants' functionality and obviousness invalidity defenses and counterclaims, (Dkt. 121), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for partial summary judgment as to Defendants' inequitable-conduct defense, (Dkt. 124), is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants' objections to the United States Magistrate Judge's order denying Defendants' Motion to Exclude Lance Rake, (Dkt. 119), are **OVERRULED**.

**SIGNED** on December 3, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE